IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CREE, INC.,

                Plaintiff,                                    ORDER

    v.

                                                14-cv-621-slc

KINGBRIGHT ELECTRONIC CO., LTD.,
KINGBRIGHT CORPORATION, and
SUNLED CORPORATION,

                Defendants.
_____

      Pursuant to Fed. R. Civ. Pro. 4(h)(2), plaintiff Cree, Inc. has moved for the court to order the clerk of court to serve plaintiff's complaint on defendant Kingbright Electronic Co., Ltd. (Kingbright Ltd.) by mail as permitted by Rule 4(f)(2)(C)(ii). *See* dkt. 8.  Although the court's computer set a response deadline, no other party has appeared yet, so the court need not wait for this deadline to pass.

      Plaintiff has sufficiently established that Kingbright Ltd. Is a Taiwanese corporation with a business address in Taiwan; Taiwan is not a party to the Hague Convention and there is no other internationally agreed-upon method of service on Taiwanese companies; Taiwanese law does not prohibit service via mail from a clerk of court; and that mailed service pursuant to the rule is reasonably calculated to provide notice to Kingbright Ltd. because registered mail with a return receipt adequately ensures that this defendant actually receives the served documents and thereby becomes aware of the nature of the complaint against it in this court.

      Therefore, IT IS ORDERED that plaintiff's motion is GRANTED and the clerk of this court shall complete service on defendant Kingbright Electronic Co., Ltd. Pursuant to Fed. R. Civ. Pro. 4(f)(2)(C)(ii).

      Entered this 25th day of September 2014.

                        BY THE COURT:

                        /s/

                        STEPHEN L. CROCKER
                        Magistrate Judge